**FILED**

**JUN 3 0 2015**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| STANLEY SEEKFORD, ) | |
| ) | |
| Plaintiff, ) | Case: 1:15-cv-01022 |
| ) | Assigned To : Unassigned |
| v. ) | Assign. Date : 6/30/2015 |
| ) | Description: Pro Se Gen. Civil |
| ELAINE MAUCK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

According to plaintiff, defendant is responsible for "violations of (US Code Title 18 Chapter 73) prevention of justice by the Berkeley County Council and Government." Compl. at 1. He demands "[a] full pardon on [his] fabricated record," as well as "[c]ompensation for the time [he] served[,] title to [his] property and possibly charges on Kyle Stephens who stole [his] car [and] identity and possessions claiming to be following orders of the CIA." *Id.*

Chapter 73 of Title 18 of the United States Code pertains to obstruction of justice. *See generally* 18 U.S.C. § 1501 *et seq.* Because there is no private right of action under these provisions, the complaint fails to state a claim upon which relief can be granted. *See, e.g., Roettgen v. Jardins*, No. 14-cv-02913, 2015 WL 1538085, at *3 (S.D. Cal. Apr. 7, 2015); *Guttilla v. City of New York*, No. 14-CV-156, 2015 WL 437405, at *11 (S.D.N.Y Feb. 3, 2015).

The Court will grant plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order accompanies this Memorandum Opinion.

DATE: 6/18/15

_____
United States District Judge